UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BEVERLY CAMPBELL,<br><br>　　　　　　Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-02552-APG-PAL<br><br>**ORDER** |

Before the court is the Notice of Settlement (ECF No. 7) between Plaintiff and Defendant Equifax Information Services, LLC. Plaintiff advises that a settlement has been reached. Equifax Information Services, LLC has not yet made an appearance in this case. Plaintiff anticipates 30 days to complete settlement documents and to file a notice of voluntary dismissal.

Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **January 3, 2017**, to file a notice of voluntary dismissal as to Equifax Information Services, LLC, or a status report advising when the dismissal will be received.

Dated this 6th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE