Paul Connaghan, Esq.
NV Bar No. 3229
Tara Newbery, Esq.
NV Bar No. 10696
Connaghan | Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1830
pconnaghan@cnlawlv.com
tnewberry@cnlawlv.com

Danny J. Horen
NV Bar No. 13153
Spartan Law, LLC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: 702.625.1539
Facsimile: 702.548.4459
danny@spartanlaw.us

Attorneys for Plaintiff
Beverly Campbell

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY CAMPBELL, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC. and WELLS FARGO HOME MORTGAGE, <br><br> Defendants. | Case No.: 2:16-cv-02552-APG-PAL <br><br> **[SECOND] STATUS REPORT RE: SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC.** |

STATUS REPORT

The dispute between Beverly Campbell ("Plaintiff") and Defendant Equifax Information Services, LLC. ("Defendant") has been resolved. The parties have reached settlement terms. Plaintiff anticipates Defendant fulfilling these terms within 10 days and filing a Voluntary Dismissal of Plaintiff's claims against Defendant, with Prejudice, within 30 days. Plaintiff requests that all pending dates and filing requirements pertaining to Defendant be vacated and that the Court set a deadline on or after March 5, 2017 for filing a Dismissal of Defendant or additional Status Report.

Dated: February 1, 2017

RESPECTFULLY SUBMITTED,

By: /s/ Danny J. Horen
DANNY J. HOREN
ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED this 1st day of February, 2017.

_____
Peggy A. Leen
United States Magistrate Judge