Kelly H. Dove, Esq. (Nevada Bar #10569)
Karl O. Riley, Esq. (Nevada Bar #12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.,
erroneously identified as Wells Fargo Home Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY CAMPBELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC. and WELLS FARGO HOME MORTGAGE,<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-002552-APG-PAL<br><br>**JOINT INTERIM STATUS REPORT** |

On or about August 3, 2017, Beverly Campbell ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously identified as Wells Fargo Home Mortgage ("Defendant") (collectively referred to as, ("Settling Parties") settled their respective disputes in this matter.

///

///

///

While dismissal paperwork has not occurred, the Settling Parties negotiated the final terms of a proposed settlement agreement and circulated the same for execution. The Settling Parties expect to resolve all outstanding settlement issues within sixty (60) days.

Respectfully submitted,

DATED: October 13, 2017.

By: /s/ *Danny J. Horen*
    Danny J. Horen, Esq.
    Nevada Bar No. 13153
    SPARTAN LAW, LLC
    7854 W. Sahara Ave.
    Las Vegas, NV 89117
    Tel: 702-625-1539

*Attorneys for Plaintiff*

DATED: October 13, 2017.

By: /s/ *Karl O. Riley*
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Karl O. Riley, Esq.
    Nevada Bar No. 12077
    SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously identified as Wells Fargo Home Mortgage*

4824-1878-3569

**IT IS SO ORDERED** this 18th day of October, 2017.

Peggy A. Leen
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2017, I electronically transmitted the foregoing **JOINT INTERIM STATUS REPORT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Danny J. Horen, Esq.
SPARTAN LAW, LLC
7854 W. Sahara Ave.
Las Vegas, NV 89117
Tel:   (702) 625-1539
Fax:   (702) 548-4459
Email: danny@spartanlaw.com

*Attorneys for Plaintiff*

DATED this 13th day of October, 2017.

                                 */s/ Lyndsey Luxford*
                                 An employee of SNELL & WILMER L.L.P..